

Teresa Akins
2100 Montrose Avenue, Unit 938
Montrose, CA 91021
Phone Number 818 415 6922
Email: terryakinspr@gmail.com

Teresa Akins
Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNLIMITED CIVIL

TERESA ATKINS, an Individual,

    Plaintiff,

    vs.

FEDERAL BUREAU OF
INVESTIGATIONS, a government agency,
and DOES 1-10, inclusive.

    Defendants.

Case No.: 2:24-CV-06609-MCS-E

COMPLAINT FOR:

1. **PERMANENT DECLARATORY AND INJUNCTIVE AND OTHER RELIEF**
2. **INTENTIONAL INFLICTION OF EMOTIONAL AND FINANCIAL DISTRESS (OR WITH INTENTIONAL INFLICTION OF ECONOMIC INJURY)**

DEMAND FOR JURY TRIAL

TERESA ATKINS, an Individual (hereby "Plaintiff") makes the following allegations against the FEDERAL BUREAU OF INVESTIGATIONS ("FBI"), a government agency (hereby "Defendant") and DOES 1-10, inclusive, for violation of the Fourteenth Amendment, respectively, which prohibits the states from depriving "any person of life, liberty, or property, without due process of law." Plaintiff seeks declaratory and injunctive relief compelling the FBI to take her off of a "target list" that is causing her harm and causing incidents that are

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 1

intentionally hard to deal with; to refrain from illegal surveillance and spying. Plaintiff requests to produce certain relief and remedies related to "gang stalking" that Plaintiff and her child (name not given) is a victim of. Gang staking has become a Nation phenomenon. **See** Labella v. Fed. Bureau of Investigation, 11-CV-0023 (NGG) (LB) (E.D.N.Y. Mar. 16, 2012). Plaintiff is a gang stalking victim, and does testify that she suffered Intentional Infliction of Emotional Distress (IIED) and Financial Distress, or with Intentional Infliction of Economic Injury (IIEI) due to FBI surveillance and spying. Plaintiff sues for equal protection under the law, as a targeted individual, where surveillance and spying is an unwarranted invasion of privacy; and for relief and damages against the Defendant who is an elite Agency (FBI), and the action that is being done to her while she is being monitored.

The 14th Amendment grants "equal protection of the laws", which figures prominently in a wide variety of landmark cases, including Brown v. Board of Education of Topeka, 347 U.S. 483 (racial discrimination), Roe v. Wade, 410 U.S. 113 (reproductive rights), Bush v. Gore, 531 U.S. 98 (election recounts), and Reed v. Reed, 404 U.S. 71.

To all those in active concert or participation hereto:

## GENERAL FACTS

1. Plaintiff is a natural person residing in Los Angeles, California.

2. Defendant did illegally target Teresa Akins' person and child.

3. Defendant did assist others in violent physical, financial, and psychological attacks against Teresa Akins and child.

4. Defendant did assist others in 24-hour surveillance of Teresa Akins and child.

5. Defendant did assist law enforcement and others in filing false charges against Teresa Akins and child.

6. Defendant did assist politicians (and political hopefuls) in their political gain in a quid pro quo after attacks against Teresa Akins and child as targets.

7. Defendant violated a deprivation of rights under color of law. **See** 18 U.S.C. § 242.

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 2

8. Defendant hides evidence, coordinating with courts and judges both federal and state and deprivation and **violation** of the Fourteenth Amendment, Procedural Due Process.

## INTRODUCTION

There are no legal grounds for anyone to be spied on, harass or torture Plaintiff or her child (name not given). Anyone who is under surveillance by law enforcement, the military, or intelligence agencies is a "targeted individual." As a "Targeted individual" that is suspected of being criminals or terrorists, Plaintiff are on a kill lists. People seeking to destroy Plaintiff's credibility and deflect attention from their own crimes have ridiculed, misrepresented, vilified and impersonated "Targeted Individuals" in print and video for years. They were joking but it was having real results for the Plaintiff within monarch programming. Here, Federal Bill S.3888 – Government Surveillance Transparency Act of 2022 require that law enforcement notify of any surveillance, but the Government Surveillance Reform Act of 2023 pulls from past privacy bills to overhaul how police and the feds access Americans' data and communications.

The list is erroneous under 18 U.S. Code § 242 - Deprivation of rights under color of law. Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," filing a false document under California Penal Code Section 115 PC makes it a felony to file any forged or false document with a public office. Plaintiff attests that she has done nothing wrong, and is being put under surveillance erroneously.

## JURISDICTION AND VENUE

Defendant Federal Bureau of Investigations ("Defendant") is a governmental agency, which has a location in Los Angeles, California at California at 11000 Wilshire Blvd. Ste. 1700, Los Angeles, CA 90024. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (action arising under the laws of the United States), 28 U.S.C. § 1346 (civil action against the United States

founded upon the Constitution, an Act of Congress, or an executive regulation), 28 U.S.C. § 1361 (action to compel officer or agency to perform duty owed to Plaintiff), and 5 U.S.C. §§ 701-706 (Administrative Procedure Act). An actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201(a), and this Court may grant declaratory relief, injunctive relief, and other relief pursuant to 28 U.S.C. §§ 2201-2202 and 5 U.S.C. §§ 705-706. Jurisdiction is proper in the State of California for the County of Los Angeles pursuant to Section 410.10 of the Code of Civil Procedure (CCP).

This Court has both subject matter and personal jurisdiction over this matter. Venue is proper in Los Angeles because the acts complained of herein happened in this County. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e), because this is a judicial district in which the State of California resides and this action seeks relief for the State against federal agencies and officials acting in their official capacities.

Plaintiff is unaware of the true name or capacities, whether they are individual business entities, of Defendant DOES 1 through 10, and therefore sues them by such fictitious names and will seek leave of this Court to insert true names and capacities once they have been ascertained. Upon information and belief, all Defendants are responsible in some manner for the events described herein and are liable to Plaintiff for the damages they have incurred.

## BACKGROUND AND ALLEGATIONS

Plaintiff has been subjected to organized gang stalking that targeted her family, the Akins family, and their associates for 40 years or more. The stalking started with an initiative that came from former actor and President, Ronald Reagan during or about 1981. The initiative was to end some of the black programs that are considered reverse racism. People from Plaintiff's high school participated (Kelly Murphy, Grant Harshbarger, Judy Tallman (AA), Mark Cote (Disney animation), and David Hunt). Plaintiff's family members, which include half-sisters, their mother, and family friends, did bring in Oprah Winfrey as an "example" of what can be achieved by a black woman in the 80's as true success. Simultaneously, Plaintiff was set-up involuntarily, without her consent or knowledge, as an "example" of what happens to disenfranchised people

and who was sent into a program for human experimentation through the entertainment industry, broadcasting. Plaintiff attests that this is a direct violation of the Geneva Convention, Rule 7c: Intentional targeting of civilians.

Pursuant to Article 8(2)(b)(ii) of the 1998 ICC Statute, "Intentionally directing attacks against civilian objects, that is, objects which are not military objectives" constitutes a war crime in international armed conflicts. The United States has been operating in a declared state of war, since passage of the Patriot Act on October 26, 2001. Oprah Winfrey appeared at a salon that Plaintiff was working at, and then a bunch of men and others started the first lawsuit based on false charges. Strange people frequently came in to the salon and did say things that sounded incredible and insane. On an occasion, down the block from Second City in Chicago, Illinois, Plaintiff was approached by a punk rocker who stated that Plaintiff is against the government. This kind of targeting went on from the early 80's until the present.

The Wassermans were friends through Second City and knew Plaintiff's family and high school friends, so it was a small circle of connected people. They all have connections in the media. Oprah went to Second City, and they helped start her show with Mike Nichol and Diane Sawyer. Some of the actors there were in AA and started to use Plaintiff as "material". This is how the stalking started. At no time was Plaintiff ever told about their plans to put her in bad situation. I had to live through it all via Monarch programming.

One of the men was named Glen De Micheal. His sister was an unsuccessful actress in New York. They worked with Plaintiff's family and added more people to, according to sources, "kick my ass". His mother called me a "whore" and Plaintiff was so humiliated that I took the jewelry that Glen gave me as gifts. They stalked Plaintiff her whole life and her daughter too. Many stated they were going to ruin Plaintiff's family's credit and they did through fraud. Plaintiff's mother's Nazi heritage was used as the excuse for the targeting. Plaintiff's mother lied about my heritage, which is Myan on Plaintiff's father's side, English, and German. Plaintiff's mother had used law enforcement to help her snag a new husband. She made the arrangements for Plaintiff's experimentation. Plaintiff's birth certificate was stolen so many times that it has

her adoptive father's name on it. I was subjected to all forms of abuse, physical, psychological, financial, and sexual, under the color of the law.

Defendant is in Violation of California Code: Health and Safety Code: Chapter 1.3. Human Experimentation - Health and Safety Code Section 24170-24176 and 24170 Protection of Human Subjects in Medical Experimentation Act. **See** 24171 The Legislature further finds and declares that: (a) The Nuremberg Code of Ethics in Medical Research was developed after the trial of Nazi war criminals for unethical use of persons in medical experiments; subsequently, the Declaration of Helsinki additionally established recommendations guiding doctors in experimentation involving human subjects. The targeters used organized gang (mass) stalking place the Plaintiff in emotional and financial distress, knowing that they had federal judges, law enforcement, and hundreds of lawyers to protect them. They were told that they could do anything they wanted to Plaintiff without fear of retribution. Plaintiff can be left alone. **See** FEDERAL LAWS ON CRIMINAL STREET GANGS – 18 U.S.C. § 521.

In **Violation** of Amendment IV - The Right To Be Let Alone - Plaintiff presents cases in furtherance of equal protection:

*Katz v. United States* 389 US 347 (1967)

*Griswold v. Connecticut* 381 US 479 (1965)

*People v. Superior Court (Walker)* 143 Cal.App.4th 1183 (2006)

*People v. Jenkins* 22 Cal.4th 900 95 (2000)

Plaintiff freelanced as a hair and makeup professional and worked with a variety of celebrity persons. In 1991, Earl Beadle moved Plaintiff to a black area of Altadena. The Altadena area was an activist hub, and suddenly Plaintiff's neighbor was going to Washington, DC. Plaintiff was swarmed with people calling her names; they caused her car accidents; her personal belongings were being stolen; the sheriffs would not take reports; she was called a white racist; and of course, the abuses escalated for her and her child since pre-school, where her assaults started. The neighbors had been informed that Plaintiff was on a target list and

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 6

participated with reckless abandonment. Everything was done in conjunction with some political situation after Altadena. The people include local and federal judges of all races.

Plaintiff was invited with her mother and sister Eve to the set of Roseanne when planning her wedding, and her mother-in-law and family were interfering with her plans. The actors and their families decided to gang up on her and get rid of her. The majority were all women, and family were told that they would all be helped if it harmed Plaintiff and her child. Plaintiff's family had extended their plans of taking over politics and the infrastructure that was created decades ago. They went to their friends and our high school peers. The stalking ramped up by the thousands.

In 1992, Plaintiff was married to Earl Beadle, and Plaintiff brought in more politicians and financiers, such as the Mungers, for a production company. I met them all but was not informed of who or what they were. He had been producing for Al Gore in 2001 and even worked with Ronald Reagan, Plaintiff never remembered meeting them because there was a flurry of people and activity. The group set her up to fail through targeting in the following years of her life after Disney did the buy-out of ABC in 1995. Plaintiff met her ex-husband through a "friend" at ABC. She knew the whole plan with the Mungers and his mother. They declared war on Plaintiff and had a lot of fun with it all. It sounds so impossible, and that's the point. Her ex-husband and his friends also included the Hahn family, (Mayor 2001_2005) James Hahn and (2016-to current) Janice Hahn.  They expanded the organized aging stalking and have kept it all going.  They brought in LAPD and the Sheriff's department to track Plaintiff and to set up false charges.

In 1996, they marched Plaintiff through a law office where Obama had contacts when he briefly lived in Pasadena. Michelle is from Chicago, so it was the same people planning the next steps in politics. I didn't pay attention because it was their thing and not my own. There was just a flurry of people. Plaintiff does remember the neighborhood council with Steve Lamb, his wife, Judy O'Neil, Kerri, and Rick Bodmer, Sue and Doug Molitor and John Jackson, Michelle Blackwood, and Toni Bouche. Karen Kennedy and NAACP Pasadena/Altadena were very present. All are doing politics with Supervisor Mike Antonovich, Barger, and others; all irritating

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 7

and abusing Plaintiff. Plaintiff's child was being abused at the Altadena Christian preschool. They broke her clavicle, and Earl went to his doctor friends at the Huntington Hospital to try to blame it on Plaintiff so he could have full custody of our daughter. They had political meetings at the church that was associated with the preschool.

In 1996, the women, which include Roseanne, Mary, and Erin Quigley; Oprah Winfrey; and Caryn Akins, since 2002 Supervisor Barger, Supervisor Kuehl, and Supervisor Hahn, 1996 Molly Munger, 1982, 1992; Eve Pritchard, 1996 Judy O'Neil, Cynthia Wilcox, and Julie Acevedo Lopez (Azteca), 2002 Sarah Gore was "helping each other" and their children. The women were sending men to target her, and they were getting promoted in some way the way they did it with Oprah. Eve, Tim, and my brother Kevin laughed about the false assault charges and the forced detentions, drugging, rape, and other assaults. No matter what they did, Plaintiff was blamed, put through courts on false charges. Her ex-husband and associates put James Hahn in the Mayor's office and sent the LAPD after her and then Janice Hahn in the Supervisors office and they sent the Sheriffs after me.

Plaintiff was working for Gosch Productions. She got an invite to Eve to visit me, and she sent Mark Romano to push Plaintiff up against a wall, and then they promoted Lynn Romano to KTLA and then to channel 4. They concocted the sheriff gang member story with Trejo and his felon friends in the media. In 2018, sheriff Villanueva harasses the Supervisors office and uses his office to retaliate against some of the crime and conniving that was set up through the women. Plaintiff's sister Caryn stated that this was for Eve. She was hated by family members. They stated that they were all protected, and have no protection. Plaintiff's adoptive father stated that they all threw rocks in her way. Furthermore, "Eve Pritchard and Kevin Akins stated that they did it because they could." Her sister Miky called Plaintiff arrogant and grandiose, then went to her military friends from the VFW, which include law enforcement, to harm Plaintiff. Plaintiff was put on a "Do Not Hire List".

In 1980 to current, Groups such as Danny Trejo and AA Criminals, producers, SAG/AFTRA, and the grip union were just goofing around, but all targeted me along with my ex-husband's friends. Plaintiff worked with Laura Dern's mom, so that's how they know me at

the academy. In 1998–current, the supervisors then added mental illness, and Plaintiff was stuck with the stalking and stigma.

The judges and their associates kept Plaintiff in and out of mental wards and had people assault Plaintiff, stalking, calling, lying, and incarcerating Plaintiff. Police still would not take reports no matter what they did to Plaintiff. Mayor Hahn was at the meeting with Plaintiff's ex-husband and Plaintiff's ex-mother in law knew and planned it with all those other people.

Barger, with her former sheriff husband, was very instrumental in targeting and creating laws around the targeting of me and other innocents. This was done to cover the plan to target Plaintiff and The Mungers, their law offices, money, and other friends of her former in-laws who all participated, along with LA County Counsel-2002, Mary Wickham, and more. They coordinated it all with the courts. They used Homeland Security and other agencies to hunt Plaintiff.

2 U.S. Code § 7102 – Definitions:

(6) Involuntary servitude The term "involuntary servitude" includes a condition of servitude induced by means of--

(A) any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraint; or

(B) the abuse or threatened abuse of the legal process

In 2006, following Plaintiff's divorce, she faced harassment from multiple men, eventually becoming a target in the "me too movement." The media involvement of black activists and actors added to the chaos. Men and women alike deceived her, making everyday activities like taking her child to school or going out just a constant ordeal of being targeted. Judges interfered in her life, orchestrating false charges against her. Plaintiff's daughter suffered mistreatment at her school, with Jim Stratton, the school district head, leading the onslaught. Instances such as my daughter being left outside in the rain for hours and facing mistreatment from Girl Scout mothers like Julie Battaglia further exacerbated the situation, with even her child's father siding with Battaglia.

In 2007, La Canada Flintridge: Plaintiff was told that she was a threat to society by judge Blumenfeld in La Canada Flintridge but had no idea why. She was subjected to more celebrities, such as Dolly Parton, several producers, lawyers, and others, who would enjoy hurting her and watching how she reacted to the harm. They conspired to send Alan Jackson in the DA's office and he later runs against Jackie Lacey.

Local lawyers used the neighbors once again to stalk. One of the rapist men, Peter Martin, was blabbing on about conspiracy theories, marshal law, monarchy programming, and government cover-ups. Then, Trump and his associates. They often used actors to depict Plaintiff in the media. Local news producers did fun segments using her as a subject. They made sure that she was out of work, underpaid, and surrounded in my residence by bad actors that were attacking me and then filing false reports. Sheriffs did not take reports about her attacks. No matter what they did, she was blamed, put through courts on false charges. In the media, they would state that it happened to blacks therefore, it was OK that it happened to me.

In Violation - The Violent Crime Control and Law Enforcement Act, enacted in 28 U.S.C. § 994 note Sec. 280003, requires the United States Sentencing Commission to increase the penalties for Hate Crimes committed on the basis of the actual or perceived race, color, religion, national origin, ethnicity, or gender of any person.

In **Violation** -- Unconstitutional Acts by Congress - Affords no Protection - Null and Void. Cases:

*Marbury v. Madison*, 5 U.S. 137 (1803)

*Norton v. Shelby County*, 118 U. S. 425 (1886)

*Miranda vs. Arizona*, 384 U.S. 436, 491 (1966)

In 2008, David Romley, Pete Martin, and others asked several people to call and ask the sheriffs to follow Plaintiff as a suspected criminal. They went up to the Ocean View and pointed her out one night while she was having dinner. Stalking Judge Stanley Blumenfeld (La Canada Flintridge) obstructed justice and tampered with the jury in the Glendale court. They had her in court on false assault charges.

Next, the lawyers recut my tapes so that they eliminated a step backwards from sheriffs after they conspired with the next-door neighbors who were actors. Blumenfeld has committed prosecutorial misconduct in her case, is now a federal judge. He was appointed by Donald J. Trump to the Central Court in Los Angeles, California.

If there is evidence that a person committed a crime, a prosecutor can pursue a case. If not, it is their job to drop it. Once a case is filed, prosecutors must share relevant evidence with the defense; that's the law, not just a nice thing to do. But sometimes prosecutors want to win convictions rather than pursue justice, and a case at the US Supreme Court this month, *Brown v. Louisiana*, illustrates this callous approach to truth.

In Violation - 1729. Protection Of Government Processes -- Tampering With Victims, Witnesses, Or Informants -- 18 U.S.C. 1512.

In 2009, a group of grips and others from Universal Studios that worked with Sarah Gore on her show locked up Plaintiff's belongings when her family wanted her to take care of my parents. The LA County Sheriffs did the job. Plaintiff moved 11 times, only to find out that this is targeting and criminal stalking. The Altadena sheriffs laughed about violating Plaintiff's civil rights as a white person. Several people from Disney began to show up, and they invited me to parties. They trotted me through the Building Industry Association. I was introduced to the Trump people through them.

In **Violation**18 U.S. Code § 241 - Conspiracy against rights if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; they shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

In 2016, the producers and friends researched things like the Oppenheimer blacklisting of communists from Pasadena. They set up the Academy of Motion Picture Arts, ousting the former head with a frivolous lawsuit. This was a power grab, and a new set of people could simply get their political gain. They were educating Plaintiff about "Woke" from 1998–2017 in a negative way. The groups gave me the "reality check" which includes homelessness, assaults of all kinds, broken teeth, and the knowledge that I am stupid, ugly, and worthless. "You ain't nothing" was the common phrase used.  Plaintiff's ex-husband and sisters wanted to show her that all other women were superior and in control of her and, later, my child. My abuses are done by women and the elected officials are women.

Plaintiff was made homeless and stayed in a Glendale shelter. Mike Antonovich visited the shelter in the West Adams district. They moved her in with a gay man named Paul Marsack and another producer at 2250 W 20th St., Los Angeles, CA. They were connected to Laura Dern, Rene Taylor, Diane Ladd, and more that she doesn't know. The producer that lived there was screwing a married Korean actress. She never got their names; there were hidden cameras in the house including my bedroom.

Plaintiff went to the First AME church pastors, thinking they would help the situation. The blacks and the churches made the situation worse. The place was swarmed with LAPD LAFD, church people, and homeless by the hundreds. She kept getting calls about reparations for blacks from black and brown activist strangers. They brought in more black chicks. LAPD helped Karen Bass, and the fire department helped Heather Hutt. All white men were considered bad; they formed Black Lives Matter, looted, and hurt innocent business owners across the country. BLM bought real estate.

Pastor Anderson and Mayor Bass discussed their church's message against yelling, hitting, and non-violence. Mayor Bass orchestrated the stunt through the media. The area is known for the Bloods and Crips. They beat the shit out of her and then used law enforcement to harm herchild. LAPD said she was on the rinse-and-repeat method of their approach.

In Violation - (PC 646.9) Stalking – harassing/threatening the other person in a way that makes them fear for their safety (even if no specific threats are made) – harassing/threatening the

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 12

other person in a way that makes them fear for their safety (even if no specific threats are made).

In 2018, until the current LAPD moved me to Koreatown. The group in Koreatown included a set-up at 1021 S. Gramercy Place in conjunction with the Olympic Division LAPD, Judge Charles Lee (La Canada Flintridge), and Robert Lee at Landpac Realty. They have been repeatedly assaulting Plaintiff and stealing from her and 15 others. They put cameras inside the house to follow her but neglected to fix the problems at the illegal boarding house. Others that participated are from Channel 4 and KTLA, Kacey Montoya. Belen Deleon worked in Colorado, so they were targeting Plaintiff at the house in Los Angeles and her daughter in Colorado through their relationships.

In Violation - Amendment IV - Person's "Reasonable Expectation of Privacy" *United States v. Jones,* 615 F. 3d 544 (2012). Cases:

*People v. Windham,* 145 Cal.App.4th 881 (2006)

*Sanders v. American Broadcasting Cos., Inc.,* 978 P.2d 67 (Cal. 1999))

*Katz v. United States,* 389 U.S. 347 (1967)

*United States v. Karo,* 468 U.S. 705 (1984)

In 2019, Steve Hee Noh is screaming about knowing the governor at the Gramercy House. Gavin Newsom is elected. Newsom enacts Care Court and violates more rights, creating Marshall Law in Senate Bill 326 and Assembly Bill 531, which appeared jointly on the March 2024 ballot as a proposition. Newsome created an indiscriminate declaration of war on civilians using subjective criteria based on unscientific, unproven research; Eugenics revisited. Plaintiff got calls saying that she was going on a permanent vacation.

In Violation - Indiscriminate attacks imply that the attacker is indifferent as to whether the targets are military or not and conducts the operation without regard for any effect it may have on the civilians. Essential to the notion of indiscriminate attack is the state of mind of the attacker, which must be assessed taking into account the so-called fog of war, that is, that the information available at the time of the attack might have been faulty or incomplete.

In the United States, martial law usually refers to a power that, in an emergency, allows the military to take the place of the civilian government and exercise jurisdiction over civilians in

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 13

a particular area. However, this is still a violation of the law. Even under martial law, state officials are bound both by the U.S. Constitution and by valid federal laws.

Legal Reference Sterling v. Constantin, 287 U.S. 378 (1932)

In 2019, a false restraining order was filed by Koreans at the Stanley Mosk Courthouse against Joseph Chrisman, who had briefly rented an illegal dwelling at the Gramercy house. The judge was aware of the crimes and was complicit. Despite Plaintiff's efforts, the judge prevented her from entering the courtroom to testify against Pastor Moses Choi, Steve Hee Noh, or Kyoung Sook Kim, who had threatened Chrisman's life, forcing him to move in distress.

In 2020, Plaintiff discovered that she had been framed in a harassment case involving judges in La Canada, the Mungers and the Los Angeles County Board of Supervisors office. Former County Counsel Mary Wickham was at the Stanley Mosk Courthouse. Judges were swapped out in several cases against Steve and Joon Choi. Retired judge Charles Lee came out of retirement to make Plaintiff lose an un-losable case so that she could not collect a monetary judgment.

Below is a list of names that have interest in the case:

Family:

Al Popkin  (aggravated financial and psychological abuse)

Cameron Popkin (aggravated financial and psychological abuse)

Lianne Popkin (aggravated physical psychological abuse)

Edie Olson (aggravated financial and psychological abuse)

Eve and Tim Pritchard (aggravated financial, sexual and psychological abuse)

Caryn Akins (aggravated financial, sexual and psychological abuse)

Brigitte Akins/ Posthumous Richard Akins (aggravated financial, sexual and psychological abuse)

Miky Brantley (accomplice) along with a lot of military people.

Marilyn Akins (Illinois) ex-wife of my adoptive father (aggravated financial abuse)

Lauren Pritchard (married to a police officer) (aggravated psychological abuse)

Production & Theatre Companies:

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 14

ABC (accomplice)

Disney (accomplice)

Universal (accomplice)

Propaganda (several former producers) (accomplice)

Wasserman (accomplice)

Second City (accomplice)

KLCS-TV (accomplice)

Goodman Theatre (accomplice)

Gosch productions (accomplice)

Azteca Media (accomplice)

Univision Los Angeles (accomplice)

Ellen Snortland (theatre and writer) (accomplice)

KTLA- various anchors, writers, producers (accomplice)

Cable Vision, Time Warner Cable, Spectrum (accomplice)

Others:

Mimi Rose – ABC publicity (accomplice)

Soek Yoon - Wardrobe in Silver Lake (accomplice

Nancy Gunn- Contestant on The Apprentice (accomplice)

Terry Jones - former writer Posthumous (aggravated psychological abuse)

Boni Wish (aggravated psychological abuse)

Lillian Elizalde in Baldwin Park (aggravated physical psychological abuse)

Pasadena:

Dr. Mikala Rahn (aggravated psychological abuse)

Ada Beadle (aggravated psychological abuse)

Buzz Martin (aggravated financial and psychological abuse)

Glendale:

Martha Bisordi (aggravated physical and psychological abuse)

Julie Acevedo, Azteca and Gus Lopez (accomplice)

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 15

Mark Miller-Stevenson Ranch real estate (accomplice)

Mr. and Mrs. Lowery (aggravated psychological abuse)

La Canada Flintridge:

Pete Martin and Family + ex-wife- Nicholas Martin (aggravated sexual abuse)

Cynthia Wilcox (aggravated physical and psychological abuse)

Bruce Taylor (accomplice)

Mike Miniskis- Roseanne catering - (aggravated sexual and psychological abuse)

Rachel Kim (aggravated psychological abuse)

Joan Merrill Staley (aggravated psychological abuse)

Russell Harriott-posthumous (aggravated psychological abuse)

Jane Dadulak (aggravated psychological abuse)

Sandra Maxwell, Jeff Palmer, Brittany Maxwell Palmer (aggravated psychological abuse)

La Crescenta_Montrose:

James and Jeanette Ealy, James Jr. (aggravated financial and psychological abuse)

Jennifer Elbe (now in Arizona) (aggravated psychological abuse)

Frank Montoya (aggravated psychological abuse)

Laurene Johnson- from San Diego (now in Arizona) (aggravated physical abuse)

Glendora:

David and Kathy Henderson (aggravated physical abuse)

Chicago:

Mark Cote (Disney animation) (gay pride) (accomplice)

David Hunt- theater director (gay pride) (accomplice)

Glen Demicheal (accomplice)

Alicia Lozano (aggravated psychological abuse)

Ken Weibmer ( St. Charles Illinois) (aggravated psychological abuse)

Beth Verdung  (now in Jackson TN) (accomplice)

Jackie Lyden NPR (accomplice)

Mark Stein (aggravated psychological abuse)

Ruth Jacob (aggravated psychological abuse)

Joe Revue (aggravated psychological abuse)

Stedman Graham (accomplice)

Mike Neiderman (Professor) (accomplice)

Tom and Walter Klein – Vic Theatre (accomplice)

Mike Nichols (accomplice)

Lane Hoffman (Hoffman Estates), (accomplice)

Kelly Murphy Harshbarger

Grant Harshbarger

Karen Campbell Porter

Patricia Tallman

Judy Tallman

Celebrities:

Molly Munger (aggravated financial and psychological abuse)

Dolly Parton (aggravated psychological abuse)

Oprah Winfrey (aggravated psychological abuse)

Roseanne (aggravated psychological abuse)

Tom Arnold (aggravated psychological abuse)

Diane Sawyer (aggravated psychological abuse)

Lisa Marie Presley (aggravated psychological abuse)

Dean Nichopolous (aggravated psychological abuse)

Danny Trejo, AA felons, and wife (aggravated stalking, financial, sexual, physical, psychological abuse)

Tony Robbins, Keller Williams and his producers (aggravated stalking, financial, sexual, physical, psychological abuse)

Lynn Romano- Channel 4 (producer Mark Romano)

Laura Dern – Mother Diane Ladd

Altadena:

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 17

John Jackson (aggravated psychological abuse)

Judy O'Neil (aggravated psychological abuse)

Mr. and Mrs. Louis Fischer (aggravated psychological abuse)

Mr. and Mrs. Mark Forbush (aggravated psychological abuse)

Roxanna Manuel Yale acting school and lawyer- Sierra Madre (aggravated psychological abuse)

Rick and Kerry Bodmer (Altadena Town Council) La Canada (Fire Dept.) (aggravated psychological abuse)

Steve and Jeanette Lamb (aggravated psychological abuse)

David Lamb IT (aggravated psychological abuse)

Doug and Sue Molitor (aggravated psychological abuse)

Jay Brown + Altadena Cemetery (aggravated psychological abuse)

Toni Bouche (Altadena Christian Pre School) (aggravated physical and psychological abuse)

Karen Kennedy (aggravated physical and psychological abuse)

Michelle Blackwood (aggravated psychological abuse)

Steve Hausler- Realtor (accomplice)

Mr. and Mrs. David Smith- Altadena Construction and Glendora (aggravated sexual abuse)

Pierre Dupuy-Habeas Videas (aggravated financial abuse)

Los Angeles- Mid City & Other:

Paul Fegen (aggravated physical abuse)

Paul Marsak – hair dresser (aggravated physical abuse)

Georgine Bradley (aggravated physical abuse)

Acu Bareket (accomplice)+ West Adams

Steve Hee Noh (aggravated financial, physical abuse)

Alex Montoya (aggravated financial, physical abuse)

Kyoung Sook Kim (aggravated financial, physical abuse)

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 18

Robert Lee – Landpac Realty (aggravated financial abuse)

Sherri Breyer – Photography

Ellen Stuart – Pacific Palisades

David Garrison (accomplice)-Posthumous

Steve Choi (aggravated financial, physical abuse)

Hae Suk Anderson (aggravated physical and psychological abuse)

Robert Lee –Landpac Realty (aggravated financial and psychological abuse)

Joon Choi – co-owner at 1021 S. Gramercy Place. (aggravated financial and psychological abuse)

Tennessee:

Ken Miller (aggravated sexual abuse)

Joseph Chrisman (Woody Paul Chrisman) - Los Angeles Residence (accomplice)

Lawyers:
Munger, Tolles & Olson LLP+ 200 lawyers (aggravated financial, physiological abuse)

David Romley and Associate/prostitute Swan Von Gai (aggravated sexual abuse)

County Counsel (Mary Wickham and more) (aggravated financial, physiological abuse)

O'Melveny and Meyer through Doug and Sue Molitor (accomplice)

Julie Pena in Baldwin Park- Paralegal (accomplice)

Paul Fegen – Fegen Suites (posthumous)(aggravated financial, physiological abuse)

Roxanna Manuel - Partner - Kupferstein Manuel LLP- Yale

Max Huntsman - Inspector General- Yale

Judges:

Stan Blumenfeld and family (aggravated financial, physiological abuse)-Federal appointed by Trump

Retired Judge Charles Lee (aggravated financial, physiological abuse)

Retired Judge Michael Kanner and Son Brian Kanner of BK signs (aggravated sexual abuse)

Stacey Weiss (aggravated financial, physiological abuse) Judge Acevedo and Julie Acevedo Lopez (accomplice)

Judge Maria Stratton (aggravated financial, physiological abuse)

Fred Rottenberg (aggravated financial, physiological abuse)

Steve Kim (physiological abuse)-Federal appointed by Trump

Politicians:

(Al) Sarah Gore at Universal Studios (accomplice with ex-husband, judge Kanner, and family)

Michelle and Barak Obama (accomplice with Munger, Tolles Olsen) ex-husband, neighbors in Altadena and family)

Janice Hahn and family (aggravated financial, physiological abuse)

Micheal Antonovich (former LA County Supervisor)

Kathryn Barger and retired sheriff husband (aggravated financial, physiological abuse)

Mayor Bass (accomplice with LAPD)

Mayor Garcetti (accomplice with Julie Acevedo Lopez and Baldwin Park Judges)

Katie Porter

Mayor James Hahn (stalking)

Law Enforcement:

LAPD police chief – Dominick Choi (aggravated financial, physiological abuse)

Other LAPD not known (aggravated financial, physiological abuse)

Frolan Garcia, Brigitte Garcia in Van Nuys - Van Nuys Division (Media Division) (aggravated financial, physiological abuse)

Jackson Tennessee police, Lauren Pritchard husband and friends), (aggravated financial, physiological abuse)

Lianne Popkin and Denver PD, husband and friends. (aggravated financial, physiological abuse)

LASD:

Sheriff Lee Baca's army (aggravated financial, physiological abuse)

Sheriff Alex Villanueva's army

Unknown-Altadena and La Crescenta (aggravated financial, physiological abuse)

Glendora-unknown (aggravated financial, physiological abuse)

Baldwin Park Police arresting officers

California US Department of Justice

FBI

Other (continued):

Villa Esperanza (aggravated financial abuse)

Hollywood Mental Health (aggravated physiological abuse)

The Grip Union Burbank (aggravated physiological abuse)

SAG /AFTRA (lawyers and some actresses) the newly formed board)(aggravated financial, physiological abuse)

Case BC717167, James Willis vs, LAPD describes the retaliation process and interference with the courts and was filed in August 2018 at the Stanley Mosk Court House.

In 2024, the Gramercy House had violations and complaints dating back to 2016. They have broken many laws and gotten away with it all. There were 60 people involved in this set-up. On several occasions, the associated Asians attempted to break through the gate to my part of the residence with two men. The LAPD stated that they are allowed to have guests and ignored Plaintiff's calls about the beatings, stolen property, break-ins, property damage to her car, and personal safety issues.

In Violation - Aggravated trespassing (PC 601)—entering the other person's home or workplace with the intent of carrying out a criminal threat (even if no physical contact is made)

In 2024, there was a call to the house here in Los Angeles, when Plaintiff's ex-husband's mother was dying. They set my child up through a realtor at Sun Realty in Georgia. Gavin Ferguson started beating her child through the Colorado police. Gavin's father stole her jewelry and sent her to jail in Colorado on false charges. They had Plaintiff's child sexually assaulted at that time.

In 2024, LAPD police chief Dominick Choi and other LAPD members came to the residence with Steve Choi and Kyoung Sook Kim. They got away with it because of Magistrate Steve Kim that was appointed by Trump at the Central Los Angeles federal court. They tried a fake filing at Stanley Mosk Courthouse. People from LAPD and Moses Choi's church follow Plaintiff by bike to stores that she shops in, in cars every day. Then the supervisor's office moved a disabled person into the dirty room downstairs that hadn't been cleaned in 5 years. There were more attempts to get a new eviction case started in the Stanley Mosk Courthouse. So, Plaintiff called the US Department of Justice and it's the Los Angeles division of the FBI and the California

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 21

division of the US DOJ. They are only having fun with the White House and Plaintiff and her child.

## FIRST CAUSE OF ACTION

### PERMANENT INJUNCTION AND OTHER RELIEF

**(Against all Defendants and DOES I through 10, inclusive)**

Pursuant to 28 USC App. Fed. R. Civ. P. Rule 65: Injunctions, all law enforcement must stop the gang stalking, not taking reports on crimes committed against Teresa Akins and her child and making false reports. Targeting Teresa Akins for sport must be stopped.

No person shall live with Teresa Akins, a neighbor that is targeting and be an "informant" to any law enforcement agency of governmental agency.

All judges must adhere to the Code of Conduct for United States Judge in all courts. The judges and their families that have violated the codes of conduct as outlined in this document and any other known must be disqualified and pay restitution to Teresa Akins and her child.

Producers and media must stop using Teresa Akins and her child as material for news, film, music, or in any broadcasting with expressed consent from Teresa Akins.

No governmental office shall use Teresa Akins as an "example" for changes in law.

Should Teresa Akins and her child be placed on a terror list for Homeland Security or other national security threat lists, the names must be removed as they do not represent a threat to national security and were improperly added to the list.

The Governmental agencies that improperly targeted Teresa Akins shall pay restitution to her and her child. They include the Los Angeles County Board of Supervisors, County Counsel.

Law offices and associates that improperly targeted Teresa Akins and filed false charges through court must pay restitution.

Civilians that have violated the civil rights of Teresa Akins in conjunction with the targeting must pay restitution to Teresa Akins.

Case References, No.23-00342, Targeted Justice et. Al. v. Garland, et. Al. (USDC Civil No. 4:23-CV-1013, Southern District of Texas) and Elhady v. Kable, No. 20-1119 (4th Cir. 2021).

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 22

## SECOND CAUSE OF ACTION

### INTENTIONAL INFLICTION OF EMOTIONAL AND FINANCIAL DISTRESS

### (Against all Defendants and DOES I through 10, inclusive)

The Defendant's conduct was outrageous. The conduct was either reckless or intended to cause emotional distress; and as a result of the defendant's conduct in lack of equal protection, the Plaintiff suffered severe emotional distress. Damages for a Plaintiff's emotional distress can include both economic and non-economic damages.

The tort of intentional infliction of emotional distress has four elements: (1) the defendant must act intentionally or recklessly; (2) the defendant's conduct must be extreme and outrageous; and (3) the conduct must be the cause (4) of severe emotional distress. The targeting gang stalking started 40 years ago but grew as the years went on. It was considered a "joke" in the industry by the celebrities, family members, and other associates. Plaintiff suffered severe emotional, financial distress and will never recover from the 26 years of repeated abuse after my divorce by hundreds of lawyers, governmental agencies, judges, billionaires and their protectors. This is an extreme form of harassment and abuse.

Law enforcement, celebrities, and individuals that abused Plaintiff financially, sexually, mentally, and physically are without repercussions. The political office set Plaintiff up in the residences where they had planned to abuse her. The mobbing abusers were inside her home, videotaping her 24/7, they went to the neighbors, used her for material in media were rewarded for the abuse and all that participated including the court clerks knew they were violating the law and her civil rights.

All had full knowledge of the law and that they could and were and building a false profile with the false reports. In addition to daily harassment which includes all described in the explanation of what Plaintiff suffered, the Supervisors placed her on a "Do Not Hire" list.

Eviction notices were filed in court AFTER she moved on one occasion and the judges that knew each other kept filing at Stanley Mosk Courthouse. The Mayor's office added injury through Bass and Garcetti with the LAPD stalking.

Organized Stalking is a known form of terrorism used against an individual in a malicious attempt to reduce the quality of a person's life so they will: have a nervous break-down, become incarcerated, institutionalized, experience constant mental, emotional, or physical pain, become homeless, and or commit suicide. This is done using well-orchestrated accusations, lies, rumors, bogus investigations, setups, framings, intimidation, overt or covert threats, vandalism, thefts, sabotage, torture, humiliation, emotional terror and general harassment. It is a "ganging up" by members of the community who follow an organizer and participate in a systematic "terrorizing" of an individual.

Organized gang stalking can involve a group in the hundreds to thousands harassing a single person or family 24/7. The victim is stalked en masse by car, foot, bike, and air in order alienate and isolate the victim. The goals of gang stalking are to: provoke the victim to assault someone and get arrested; make the victim seem delusional/ mentally ill (**see** "gaslighting"); make the victim so depressed they become suicidal.

Tactics used are relentless color harassment, noise harassment, air harassment, hand signals, electronic monitoring inside the home and car (complete invasion of privacy; redirecting of phone calls, emails, postal mail), workplace mobbing, "directed conversation" and innuendo, erratic/ aggressive driving, bizarre/rude/bullying behavior in the community, and much more. Police and fire dept. are often involved in the stalking so the victim feels like they have nowhere to turn and it is hard to prove. This is extreme criminal activity that is becoming more common and needs to be outlawed.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief and damages:

(1) Relocation Fee in the amount of $1,000,000,000

**(2)** For general damages in the amount of 1,000,000,000

**(3)** Other Punitive Damages per accomplice, actor or offender $250.000

**(4)** Other Punitive Damages per public office LAPD, Mayor and Supervisors office $1,000,000 (one million).

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 24

(5) For costs of this suit.

(6) For all such other relief as the Court deems just and proper.

## CONCLUSION

The Plaintiff is entitled to damages resulting from Defendant's failure to take her name off any terror lists, and provide equal protection within Federal Regulations.

For this reason, the Plaintiff moves forward with this complaint for resolution.

Accordingly, Plaintiff asks for relief.

Dated: July 30th, 2024.

/s/ _Teresa Akins_
_____
Plaintiff's name (sign)

Teresa Akins
2100 Montrose Avenue,
Unit 938
Montrose, CA 91021
PH: 818 415 6922
Email: terryakinspr@gmail.com

Teresa Akins
Plaintiff

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 25

**EXHIBIT A**







[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 26

## EXHIBIT B

```
%CMTDP701189.IM
RE: QHY.CA0349400.23294334.APPUSR.      DATE:20200629 TIME:14:49:54
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:APPUSR

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV
** III CALIFORNIA ONLY SOURCE RECORD
CII/A23294334
DOB/19610830    SEX/F RAC/WHITE
HGT/506  WGT/125  EYE/HAZ  HAI/BRO  POB/IL
NAM/001 BEADLE,TERESA DEEDA
    002 AKINSBEADLE,TERESA
    003 AKINS,TERESA
MON/TERRY

FBI/195545VB4
DMV/A7096970   A7096972
SOC/318665622
OCC/ESTATE SALES; HOUSEWIFE;
    PUBLIC RELATION
. . . .

ARR/DET/CITE:       NAM:001  DOB:19610830
20011201    CASO LA ALTADENA

CNT:001    #7100287
  243(E)(1) PC-BAT:SPOUSE/EX SP/DATE/ETC          TOC:M
  ADR:120101  (2575, MARENGO AVENUE, , N. ALTADENA, CA, , )
  SCN:45213350003
. . . .

ARR/DET/CITE:       NAM:002  DOB:19610830
20080802    CASO LA CRESCENTA VALLEY

CNT:001    #1571074-30892128
  241(B) PC-ASSAULT PEACE OFCR/EMERG PERSNL/ETC   TOC:M
  ADR:20080802 (1403,VERDUGO BL, . ,LA CANADA,CA, .)
  COM: PHOTO AVAILABLE
  SCN:M08B2150002
- - - -
COURT:          NAM:001
20090708  CASC GLENDALE

CNT:001    #GLN8GN0371901
  240 PC-ASSAULT                      TOC:M
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN: 003 YEARS PROBATION, IMP SEN SS

CNT:002
  148(A)(1) PC-OBSTRUCT/ETC PUBLIC OFFICER/ETC    TOC:M
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN: 003 YEARS PROBATION, IMP SEN SS

20090711
 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
  COM: CONVICTION CERTIFIED BY JOHN A  CLARKE,EXECUTIVE
       OFFICER CLERK,CASCGLENDALE
  DCN:P0841041920719000185

20150105
 DISPO:CONV SET ASIDE & DISM PER 1203.4 PC
```

```
ARR/DET/CITE:           NAM:003  DOB:19610830
20151207   CAPD BALDWIN PARK

CNT:001      #4519505-30892128
  242 PC-BATTERY                                    TOC:M
    ADR:20151207 (6205,BALDWIN PARK BLVD, , ,BALDWIN
        PARK,CA,91706)
    COM: PHOTO AVAILABLE
    SCN:L0513420001

COURT:                  NAM:001
20151208  CASC WEST COVINA

CNT:001      #CIT5JB0886201
  242 PC-BATTERY                                    TOC:M
*DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    SEN: 003 YEARS PROBATION, 030 DAYS JAIL, RESTN, IMP SEN SS

20151208
 DISPO:CONDITION OF PROB-FIREARM RESTRICTION

 DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
    COM: CONVICTION CERTIFIED BY SHERRI R  CARTER,EXECUTIVE
        OFFICER CLERK,CASCWEST COVINA
    DCN:P1000003481519000582
      *    *    *     END OF MESSAGE   *    *    *
```

# EXHIBIT C



**XAVIER BECERRA**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
P.O. Box 903417
SACRAMENTO, CA 94203-4170

June 29, 2020

TERESA D AKINS
2100 MONTROSE AVE 938
MONTROSE, CA 91021-7040

RE:   California Criminal History Information

Dear Applicant:

This letter is in response to your record review request concerning the existence of information maintained in the California state summary criminal history files, as defined in subdivision (a) of Section 11105. Your fingerprints did identify to a record maintained in these files, and as such, a copy of that record is enclosed. If you wish to challenge the accuracy or completeness of your record, please complete and return the enclosed form (BCIA 8706) and supporting documentation to the address noted above.

Pursuant to California Penal Code section 11121, the purpose of a record review request is to afford an individual with a copy of their record and to refute any erroneous or inaccurate information contained therein. The intent is not to be used for licensing, certification or employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Record Review and Challenge Program
Applicant Record and Certification Branch
Bureau of Criminal Information and Analysis

For  XAVIER BECERRA
Attorney General

Enclosure(s)
BCIA 8711 (Rev. 02/17)

[COMPLAINT AND DEMAND FOR JURY TRIAL.] - 29

**EXHIBIT D**

